IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

RALPH ARMSTRONG,

    Petitioner,

v.

GREG GRAMS, Warden, Columbia
Correctional Institution,

    Respondent.

JUDGMENT
IN A CIVIL CASE

Case No. 09-cv-483-bbc

    This action came for consideration before the court with DISTRICT JUDGE BARBARA B. CRABB presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that judgment is entered dismissing the petition for writ of habeas corpus without prejudice pursuant to Rule 4 of the Rules Governing Section 2254 Cases.

_____      _____
Peter Oppeneer, Clerk of Court                  Date (8/14/09)